IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
JUN 1 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

__MELL T. BRUTON__ Name )
)
Prison Id. No. __00131799__ )
)
_____ Name )
)
Prison Id. No. _____ )
)
    Plaintiff(s) )
)
)
v. )
)
__MEN OF VALOR-Prison Min.__ Name )
)
__CARL CARLSEN - Founder__ Name )
)
    Defendant(s) )

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☐ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☒ Yes ☐ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs __Mell T. Bruton__

Defendants __Williamson County Authorities Et Al__
__Public Defenders Office, Probation Office, Dist.Atty. Office__

2. In what court did you file the previous lawsuit? __U.S DISTRICT COURT MIDDLE DISTRICT OF TENNNESSEE AT NASHVILLE__
(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? __3:08 cv 00952__

4. What was the Judge's name to whom the case was assigned? __Honorable William Haynes__

5. When did you file the previous lawsuit? __June 2008__ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? __Appealded - Still pending__

7. When was the previous lawsuit decided by the court? __2010__ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

    ☒ Yes  Some  ☐ No

    **(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)**

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

   A. What is the name and address of the prison or jail in which you are currently incarcerated? __South Central Correctional Facility Post Office Box 279 Clifton, Tennessee 38425-0279__

   B. Are the facts of your lawsuit related to your present confinement?

      ☒ Yes    ☐ No

   C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

      _____

   D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

      ☒ Yes    ☐ No

   If you checked the box marked "No," proceed to question II.H.

E.  If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☒ Yes ☐ No

F.  If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? __Petitioner wish to state that the Claim is against High Paid Public Officials and Unable to print at Present__

2. What was the response of prison authorities? __Attack and Inflict "Serious" Harm!!!__

G.  If you checked the box marked "No" in question II.E above, explain why not. _____

H.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☒ Yes ☐ No

I.  If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☐ Yes ☐ No

**Unable to Print at Present.**

J.  If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? __Greivances, Have Requested Assistance...Been Openly Insulted!__

2. What was the response of the authorities who run the detention facility? __Attacks!!!__

L.  If you checked the box marked "No" in question II.I above, explain why not. _____

---

**Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.**

III.  PARTIES TO THIS LAWSUIT

A.  Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: __MELL T. BRUTON__

Prison Id. No. of the first plaintiff: __00131799__

Address of the first plaintiff: **South Central Correctional F-acility** **Post Office Box 279 Clifton, Tn 38425-0279**
(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: _____

   Prison Id. No. of the second plaintiff: _____

   Address of the second plaintiff: _____

   (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

   **If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.**

B. Defendant(s) against whom this lawsuit is being brought:

   1. Name of the first defendant: **MEN OF VALOR- Prison Minitry**

      Place of employment of the first defendant: **1420 Suite B-6 Donelson Pike Nashville, Tn. 37217**

      The first defendant's address: **Same**

      Named in official capacity?  ☒ Yes   ☐ No
      Named in individual capacity"  ☒ Yes   ☐ No

   2. Name of the second defendant: **CARL CARLSEN - Founder**

      Place of employment of the second defendant: **Men Of Valor**

      The second defendant's address: **1420 Suite B-6 Donelson Pike Nashville, Tn. 37217**

      Named in official capacity?  ☒ Yes   ☐ No
      Named in individual capacity"  ☒ Yes   ☐ No

   **If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.**

## IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

***DISCRIMINATION***
MINISTRY CHOOSES SELECTED PERSONS TO DEEM "recieveable" member of "Solicited" Funds While "Grotesque" Neglecting Another.

***Petitioner Note***
Claim against Men of Valor Prison Ministry, "Details" Can "Not" Be Described on "Open" Public Display Because Defendant's Are Highly Paid Public Officials with "Many" Ties to Powerful "Public Authority Figures: Therefore reserve right to have attorney "Represent" Cause....

Men of Valor Prison Ministry "Breached Contract" in Part to Current Conviction "Plea Agreement" In Elaborate "Scheme" to Defraude Petitioner's Home, Liberty, Life.

M.O.V. Holds Contract, And Offices with Corrections Corporations Of America (CCA) Thereby unable to print details from fear of encountered "Vicious" attacks Inflicted.

Petitioner was 1st inauguated "Student" of The Jericho Project to jumpstart it's commencement Nov.17,2005 1st official Graduate released by Davidson County Div.6 Court with "PROGRAM" stellar Reccomendation's
1st Graduate to become "Independant" resident at assisted Housing
And 1st Graduate of Program as agent to Solicit "Funds" For Ministry
1st recipiant denied the "Absolute Neccessary Assistance" required to "Survive"!!!

## V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Carl Carlsen  -  $250.000    Punitive Damages

B. Men of Valor Prison Ministry    Two Point Five Million

C. _____

D. _____

E. _____

F. I request a jury trial.    ☐ Yes    ☐ No

***Will allow counsel to "Decide" Best Option***

## VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _M[signature]_ Date: 5/25/2012

Prison Id. No. 00131799

Address: P.O. Box 279 (555 Forrest Ave) Clifton Tn. 38425

(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

<u>ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT</u>, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

<u>ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*</u>, if not paying the civil filing fee.

<u>SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER</u>. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

MELL T. BRU'TON 131799
S.C.C.F.
P.O. BOX 279
CLIFTON, Tn. 38425-0279



**RECEIVED**
IN CLERK'S OFFICE

JUN 1 2012

U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT
801 BROADWAY - Room 800
NASHVILLE, TENNESSEE 37203

CCA/SOUTH CENTRAL
Has Neither Inspected
Nor Censored And Is
Not Responsible For The Contents