```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

MELL T. BRUTON                       ]
     Plaintiff,                      ]
                                     ]
v.                                   ]      No. 3:12-0563
                                     ]      Judge Sharp
MEN OF VALOR PRISON MINISTRY,        ]
et al.                               ]
     Defendants.                     ]


### M E M O R A N D U M

The plaintiff, proceeding *pro se*, is an inmate at the South Central Correctional Center in Clifton, Tennessee. He brings this action pursuant to 42 U.S.C. § 1983 against the Men of Valor Prison Ministry and its founder, Carl Carlsen, seeking damages.

The complaint does not contain a precise statement of the plaintiff's claims. It appears, however, that the defendants are engaged in a program to help prisoners. They have allegedly discriminated against the plaintiff by denying him "the Absolute Necessary Assistance required to survive."

To establish a claim for § 1983 relief, the plaintiff must plead and prove that the defendants, while acting under color of state law, deprived him of a right or privilege guaranteed by the Constitution or laws of the United States. Parratt v. Taylor, 451 U.S. 527, 535 (1981).

The plaintiff has failed to show that the defendants were at

any time acting under color of state law. Nor has he alleged a specific violation of his federally protected rights. As a consequence, the plaintiff has failed to state a claim upon which § 1983 relief can be granted.

When a prisoner plaintiff proceeding *pro se* has failed to state a claim upon which relief can be granted, the Court is obliged to dismiss the instant action *sua sponte*. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

_____
Kevin H. Sharp
United States District Judge